JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN V. PHAM, | CASE NO.  SACV 12-1776-DOC(RNBx) |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| LVNV FUNDING, LLC, ET AL., | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:    March 1, 2013

_David O. Carter_
DAVID O. CARTER
United States District Judge